IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHNIE B. ERWIN,
    Plaintiff,

v.

FRANK PERRY, W. DAVID GUICE,
LARRY DUNSTON, BETTY BROWN,
    Defendants.

**Judgment in a Civil Case**

Case Number: 5:14-CT-3136-H

**Decision by Court.**

This action came before the Honorable Malcolm J. Howard, Senior United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on June 8, 2017, with service on:
Johnie B. Erwin, 0122315, Alexander Correctional Institution, 633 Old Landfill Rd., Taylorsville, NC 28681 (via U.S. Mail)
Kimberly D. Grande (via CM/ECF Notice of Electronic Filing)

June 8, 2017

Peter A. Moore, Jr.
Clerk of Court

By: *Shari Powers*
Deputy Clerk